IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER DENYING APPLICATIONS FOR PRO HAC VICE**

      The *pro hac vice* applications of Attorneys Domingo Llagostera and Susan Knoll are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, specifying such bar." Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: February 11, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE