Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Quantum Corporation

Plaintiff(s),

v.

Crossroads Systems, Inc.

Defendant(s).

Case No: 3:14cv4293-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Susan K. Knoll, an active member in good standing of the bar of US Dist Ct for S Dist of TX, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Crossroads Systems, Inc. in the above-entitled action. My local co-counsel in this case is Chris Kao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP<br>20333 State Highway 249, Suite 600<br>Houston, Texas 77070 | Kao & Swope LLP<br>268 Bush Street, #4127<br>San Francisco, California 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (832) 446-2400 | (415) 539-0996 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sknoll@counselip.com | ckao@kaoandswope.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 11616900.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/11/15

Susan K. Knoll
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Susan K. Knoll is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 11, 2015.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                        October 2012