IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

Pursuant to plaintiff and counter-defendant Quantum's letter of March 9, 2015, the Court **SETS** a two-and-one-half hour meet-and-confer in the Court's jury room, located in the San Francisco federal courthouse, to commence from **8:00 A.M. AND CONTINUING TO 10:30 A.M. ON TUESDAY, MARCH 17, 2015**. At **10:30 A.M.**, the Court shall hold a hearing to resolve any remaining discovery issue(s). Defendant Crossroads' response is due by noon on Friday, March 13.

Please note that only those lawyers who personally appear at the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: March 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE