IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER FOLLOWING MARCH 17 DISCOVERY HEARING**

This order summarizes the ruling made on the record at the March 17 discovery hearing. For the reasons stated on the record, Kenneth Hayden shall appear for a deposition in Austin, Texas on March 27. Plaintiff cannot take Mr. Hayden's deposition again after March 27, unless plaintiff shows that defendant should have produced more pertinent records prior to the deposition, taking into account the extensive and overbroad nature of at least some of plaintiff's document requests (served in February 2015), a question not yet teed up for decision. If, however, defendant responds with virtually all responsive documents relevant to the deposition before it occurs, then the fact that a few straggler documents show up later will not be grounds to re-take the deposition.

**IT IS SO ORDERED.**

Dated: March 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE