UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| QUANTUM CORPORATION, | Case No. 3:14-cv-04293 WHA |
|---|---|
| Plaintiff, | |
| vs. | Honorable: William H. Alsup |
| CROSSROADS SYSTEMS, INC., | [PROPOSED] ORDER RE STIPULATION TO EXTEND THE CLAIM CONSTRUCTION BRIEFING SCHEDULE |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadlines for the claim construction schedule shall be extended as follows:

| | From | To |
|---|---|---|
| Exchange preliminary claim constructions and extrinsic evidence (P.L.R. 4-2(a)) | 5/4/2015 | 5/11/2015 |
| Parties file Joint Claim Construction and Prehearing Statement (P.L.R. 4-3) | 5/29/2015 | 6/5/2015 |
| Completion of claim construction discovery (P.L.R. 4-4) | 6/29/2015 | 7/6/2015 |
| Quantum file Opening Claim Construction Brief (P.L.R. 4-5(a)) | 7/13/2015 | 7/20/2015 |
| Crossroads file Responsive Claim Construction Brief (P.L.R. 4-5(b)) | 7/27/2015 | 8/3/2015 |
| Quantum file Reply Claim Construction Brief (P.L.R. 4-5(c)) | 8/3/2015 | 8/10/2015 |

DATED: May 1, 2015        BY: /s/ William Alsup
                             Hon. William H. Alsup
                             United States District Judge

1