IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER SETTING DISCOVERY HEARING**

    Plaintiff filed a discovery letter. Accordingly, the Court sets a **TWO-HOUR MEET-AND-CONFER** in the Court's jury room from **9:00 A.M. TO 11:00 A.M. ON TUESDAY, MAY 26, 2015**. At **11:00 A.M.**, the Court shall hold a hearing to resolve any remaining issues. Please buzz chambers at **9:00 A.M.** to be let into the jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    Defendant has until **NOON ON FRIDAY, MAY 22**, to file a response to plaintiff's discovery letter. The response shall **NOT EXCEED THREE PAGES**.

    **IT IS SO ORDERED.**

Dated: May 20, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE