IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER SETTING DISCOVERY HEARING**

    Plaintiff filed a third discovery letter. Accordingly, the Court sets a **TWO-AND-A-HALF-HOUR MEET-AND-CONFER** between the parties' lead trial counsel in the Court's jury room from **8:30 A.M. TO 11:00 A.M. ON TUESDAY, JUNE 2, 2015**. At **11:00 A.M.**, the Court shall hold a hearing to resolve any remaining issues. Please buzz chambers at **8:30 A.M.** to be let into the jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    Defendant has until **NOON ON WEDNESDAY, MAY 27**, to file a response to plaintiff's discovery letter (**NOT TO EXCEED THREE PAGES**). Please include a sworn declaration explaining with particularity the specific burden of producing the timely accused products for inspection. Please also include color photographs of the relevant accused products.

Plaintiff has until **NOON ON MAY 27**, to re-file docket number 70-4 (unredacted version of the discovery letter).  Please also lodge chambers copies of plaintiff's first set of requests for production as well as a CD of plaintiff's infringement contentions.

**IT IS SO ORDERED.**

Dated:   May 22, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2