IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER GRANTING EXTENSION OF TIME FOR CLAIM CONSTRUCTION DEADLINES**

Plaintiff filed a discovery letter about a claim construction deadline dispute. The parties agree to a three-week extension on all claim construction deadlines. Good cause shown, the parties are **GRANTED** a three-week extension on all claim construction deadlines. All other deadlines remain in place, and the parties are reminded that they may not rely on this extension as a basis for future extensions.

The deadlines for the claim construction shall be extended as follows:

|  | From | To |
| --- | --- | --- |
| Quantum provides proposed claim constructions for Crossroads's three new terms (P.L.R. 4-2(a)) | N/A | 6/5/2015 |
| Parties file Joint Claim Construction and Prehearing Statement (P.L.R. 4-3) | 6/5/2015 | 6/26/2015 |
| Completion of claim construction discovery (P.L.R. 4-4) | 7/6/2015 | 7/27/2015 |
| Quantum files Opening Claim Construction Brief (P.L.R. 4-5(a)) | 7/20/2015 | 8/10/2015 |
| Crossroads files Responsive Claim Construction Brief (P.L.R. 4-5(b)) | 8/3/2015 | 8/24/2015 |
| Quantum files Reply Claim construction Brief (P.L.R. 4-5(c)) | 8/10/2015 | 8/31/2015 |

**IT IS SO ORDERED.**

Dated: May 26, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE