United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER RE PENDING MOTIONS TO FILE UNDER SEAL**

On May 22, plaintiff filed an administrative motion to file under seal portions of its discovery letter and Exhibit D thereof, which contained three pages of testimony detailing the products currently configured in defendant's laboratory and the amount of time required to set up certain products for testing in that laboratory, which defendant had designated confidential. Pursuant to Civil Local Rule 79-5, Crossroads had four days to file a declaration establishing that the designated information is sealable. No such declaration was timely filed. Plaintiff's administrative motion is **DENIED**.

On May 27, defendant filed an administrative motion to file under seal portions of its responsive discovery letter and portions of Exhibits C and D thereof, which contained information regarding the brands of products that are and are not available for testing in defendant's laboratory, information about a privately branded product that has been identified in numerous unsealed documents in this litigation, including some filed by Crossroads, and the pecuniary costs and the loss of downtime that would be incurred by Crossroads if it were to modify its lab environment in response to Quantum's requested inspections. Crossroads's

supporting declaration offers only the fact that "[t]his financial information is confidential to Crossroads" as justification for filing these documents under seal. No good cause is shown to justify sealing these documents. Defendant's administrative motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2