IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER RE THIRD DISCOVERY DISPUTE**

    This order follows the hearing on plaintiff's third discovery letter. On **JUNE 13 AND 14, FROM 8:00 A.M. TO 5:00 P.M. CENTRAL TIME**, Crossroads shall permit Quantum to inspect four configurations of its media storage systems in a non-destructive manner, including opening the devices and photographing the exterior and interior of the devices. The inspection shall take place in Crossroads's laboratory in Austin, TX. The configurations to be inspected must be limited to combinations that include storage appliances and tape libraries accused in Quantum's infringement contentions submitted in response to the order setting today's hearing.

    Plaintiff shall advance the sum of $2,400 to Crossroads for its expenses in complying with this order, though that sum may be recoverable if plaintiff prevails in this litigation. No later than **JUNE 22 AT NOON**, Crossroads may submit a motion for administrative relief pursuant to L.R. 7-11, seeking remuneration for costs in excess of that sum upon a showing of good cause.

    **IT IS SO ORDERED.**

Dated:   June 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE