IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DISCOVERY**

    On June 2, Crossroads Systems, Inc., was ordered to permit Quantum Corporation to inspect four configurations of accused devices. The order specified that the inspection was to occur on June 13–14, which both sides agreed to at the hearing on this dispute. Quantum has since realized its testifying expert will be out of the country on those dates.

    The parties met and conferred to attempt to resolve this issue, but they could not reach an agreement. Quantum now moves to extend the deadline for these inspections to July 25–26 or another mutually agreeable date.

    The inspection shall occur on July 25–26, unless otherwise agreed to in writing.

**IT IS SO ORDERED.**

Dated:   June 8, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE