IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER RE DISCOVERY LETTER**

    Crossroads has filed a discovery letter seeking an order excluding deposition testimony and photographic evidence. The relief requested requires a sworn evidentiary record and the thorough arguments of a formal motion. Accordingly, Crossroads' request is **DENIED** without prejudice to a formal motion filed on the normal 35-day track.

    **IT IS SO ORDERED.**

Dated: August 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE