IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER DENYING MOTION FOR LEAVE TO FILE UNDER SEAL**

    Crossroads has filed a discovery letter seeking to strike portions of a deposition and evidence presented thereat. The letter included excerpts from the transcript of that deposition. The deposition was of a 30(b)(6) witness for a third party, Lions Gate Entertainment Corporation, which designated the entire transcript as "HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY." Although Crossroads contacted Lions Gate seeking an agreement to de-designate the relevant excerpt, no such agreement was reached.

    No good cause shown, Crossroads' motion for leave to file under seal Exhibit B to its discovery letter and excerpts thereof in the letter itself is hereby **DENIED** without prejudice to whether other parts of that deposition transcript may be sealable.

    **IT IS SO ORDERED.**

Dated: August 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE