IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

On August 17, plaintiff filed an administrative motion to file Exhibits 2-G, 2-H, 2-I, and 2-L to a declaration in support of its motion to amend its infringement contentions, as those exhibits contain information that defendant designated confidential. Defendant has failed to submit a supporting declaration establishing these materials as sealable as required by to Civil L.R. 79-5(e). No good cause shown, plaintiff's administrative motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE