IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

Defendant has filed a discovery letter (Dkt. 110). This the parties' fifth discovery dispute. The Court now **SETS** a three-hour meet-and-confer in the Court's jury room starting from **7:30 A.M. AND CONTINUING TO 10:30 A.M. ON MONDAY, AUGUST 31, 2015**. At **10:30 A.M.**, the Court shall hear any remaining discovery issue(s). Plaintiff's response is due by noon on Friday, August 28.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: August 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE