IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER RE QUANTUM'S PROPOSED ORDER RESOLVING DISCOVERY DISPUTE**

    Quantum has filed a proposed order resolving a discovery dispute in accordance with the Court's ruling at the hearing on August 31. The proposed order does not account for the Court's indication that it will entertain a motion shifting the cost of the data recovery back to Quantum if the recovery turns up highly relevant evidence responsive to Patent L.R. 3-2(a) or a proper request for production. Additionally, the proposed order was submitted without a stipulation from Crossroads. By **SEPTEMBER 3 AT NOON**, Crossroads shall inform the Court whether it has any objections to Quantum's proposed order if the proposed order is modified to allow for a request for further cost-shifting as discussed above.

    **IT IS SO ORDERED.**

Dated: September 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE