IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC.,

    Defendant.

No. C 14-04293 WHA

**ORDER GRANTING QUANTUM'S PROPOSED ORDER SUBJECT TO STATED CONDITIONS**

    Quantum has filed a proposed order resolving a discovery dispute in accordance with the Court's ruling at the hearing on August 31 (Dkt. No. 123). Crossroads has informed the Court that it does not object to the procedures detailed in the proposed order. The procedures for the data recovery and payment as described in Quantum's proposed order are hereby **APPROVED**. If, however, the data recovery turns up highly relevant evidence responsive to Patent L.R. 3-2(a) or a proper request for production, the Court will entertain a motion to shift the cost of the data recovery back to Quantum.

    **IT IS SO ORDERED.**

Dated: September 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE