IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSSROADS SYSTEMS, INC.,<br><br>    Defendant.<br>                                        / | No. C 14-04293 WHA<br><br>**ORDER RE SEALING MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Quantum has moved to file under seal three interrogatory responses contained in an exhibit to its reply brief in support of its motion to amend its infringement contentions, as those responses were designated by Crossroads as "HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY" under the protective order in this case. Crossroads has filed a supporting declaration explaining that it has withdrawn the designations as to two of the responses and that the response to interrogatory number 10 includes confidential pricing information for all third party software and hardware components of the accused product, which could be used by competitors to interfere with its supplier relationships.

Good cause shown, Quantum's request to file Crossroads' response to interrogatory number 10 under seal is **GRANTED**.

Quantum also seeks to remove an improperly-filed document from the public docket as it contains unredacted confidential information. Good cause shown, the Clerk shall **REMOVE** Docket Number 128-3 from the public docket.

**IT IS SO ORDERED.**

Dated: September 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2