IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSSROADS SYSTEMS, INC,<br><br>    Defendant. | No. C 14-04293 WHA<br><br>**ORDER DENYING**<br>**SEALING MOTION** |

    Crossroads seeks leave to file under seal portions of its brief and certain exhibits in support of its motion to modify the case management order and for leave to amend its answer, affirmative defenses and counterclaims, as those documents rely on discussions that occurred between the parties pursuant to a non-disclosure agreement. Crossroads discussed the sealing motion with Quantum, but was unclear whether Quantum intended to waive its confidentiality rights as to the documents included in this motion, so Crossroads filed this sealing motion out of an abundance of caution. Quantum has filed an opposition to Crossroads' sealing motion clarifying that it does not assert any confidentiality interest in the materials sought to be sealed. Accordingly, Crossroads' motion to file under seal is **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 28, 2015.

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE