IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSSROADS SYSTEMS, INC,<br><br>    Defendant. | No. C 14-04293 WHA<br><br>**ORDER RE STIPULATION FOR LEAVE TO FILE UNREDACTED DOCUMENTS** |

    Crossroads moved to file several documents under seal in support of its pending motion to amend its answer and modify the case management order. That sealing motion was denied. Crossroads inadvertently failed to timely file the unredacted copies of the documents on the public docket. The parties have now filed a stipulation seeking leave for Crossroads to file the unredacted copies two days late. Good cause shown, the request is **GRANTED**. Crossroads shall file the unredacted copies of the relevant documents on the public docket. Crossroads' motion will be considered on the merits notwithstanding its procedural error.

    **IT IS SO ORDERED.**

Dated: October 8, 2015.

                                                                           WILLIAM ALSUP<br>                                                                UNITED STATES DISTRICT JUDGE