IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSSROADS SYSTEMS, INC,<br><br>    Defendant. | No. C 14-04293 WHA<br><br>**ORDER DENYING<br>SEALING MOTION** |

Quantum has moved to file under seal an exhibit filed with its opposition brief on Crossroads' pending motion to modify the case management order, and to amend its pleadings (Dkt. No. 145). Quantum sought to seal that exhibit, which contains an e-mail correspondence reflecting business discussions between the parties, because Crossroads designated it as "CONFIDENTIAL — FOR ATTORNEYS EYES ONLY" pursuant to the protective order in this matter. The deadline for Crossroads to file a declaration in support of Quantum's sealing motion was October 9; no declaration was filed. Accordingly, Quantum's sealing motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE