IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSSROADS SYSTEMS, INC,<br><br>    Defendant.<br>_____/ | No. C 14-04293 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue this motion.

Dated: October 16, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE