United States District Court
Northern District of California

1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    QUANTUM CORPORATION,                    Case No. 14-cv-04293-WHA   (SK)

                 Plaintiff,
8                                            **NOTICE OF SETTLEMENT
                                             CONFERENCE AND SETTLEMENT
9         v.                                 CONFERENCE ORDER**

10   CROSSROADS SYSTEMS, INC.,

                 Defendant.
11

12   TO ALL PARTIES AND COUNSEL OF RECORD:

13        The above matter was referred to Magistrate Judge Sallie Kim for settlement purposes.

14        You are hereby notified that a Settlement Conference is scheduled for **November 23, 2015

15   at 9:30 a.m.** in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

16   Francisco, California 94102.  The Court previously set a telephonic Conference in preparation for

17   the Settlement Conference to be held on November 13, 2015 at 11:00 a.m.  Counsel shall set up

18   the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by

19   November 10, 2015.  If the parties are unable to participate in the telephonic scheduling

20   conference on the date selected by the Court, the parties shall meet and confer and provide three

21   mutually agreed upon dates and times at which they will be available.

22        It is the responsibility of counsel to ensure that whatever discovery is needed for all sides

23   to evaluate the case for settlement purposes is completed by the date of the Settlement Conference.

24   Counsel shall cooperate in providing discovery informally and expeditiously.

25        Lead trial counsel shall appear at the Settlement Conference with the parties.  Any party

26   who is not a natural person shall be represented by the person(s) with **unlimited** authority to

27   negotiate a settlement.  A person who needs to call another person not present before agreeing to

28   any settlement does not have full authority.  An insured party shall appear with a representative of

1    the carrier with full authority to negotiate up to the limits of coverage.  Personal attendance of a

2    party representative will rarely be excused by the Court, and then only upon separate written

3    application demonstrating substantial hardship served on opposing counsel and lodged as early as

4    the basis for the hardship is known but no later than the Settlement Conference Statement.

5    **Each party shall prepare a Settlement Conference Statement, which must be**

6    **LODGED with the undersigned's Chambers (NOT electronically filed) no later than seven**

7    **(7) calendar days prior to the conference.**  Please 3-hole punch the document at the left side.

8    **All parties shall also submit their Settlement Conference Statement in .pdf format**

9    **and email their statement to SKPO@cand.uscourts.gov.**

10    The Settlement Conference Statement need not be served on opposing counsel.  The

11    parties are encouraged, however, to exchange Settlement Conference Statements.  The parties

12    should specify in their Settlement Conference Statement whether or not they served it on opposing

13    counsel.  If Settlement Conference Statements are exchanged, any party may submit an additional

14    confidential settlement letter to the Court not to exceed three (3) pages.  The contents of this

15    confidential settlement letter will not be disclosed to the other parties.

16    The Settlement Conference Statement shall not exceed ten (10) pages of text and twenty

17    (20) pages of exhibits and shall include the following:

18        1.    A brief statement of the facts of the case.

19        2.    A brief statement of the claims and defenses including, but not limited to, statutory

20            or other grounds upon which the claims are founded and a candid evaluation of the

21            parties' likelihood of prevailing on the claims and defenses.

22        3.    A list of the key facts in dispute and a brief statement of the specific evidence

23            relevant to a determination of those facts.

24        4.    A summary of the proceedings to date and any pending motions.

25        5.    An estimate of the cost and time to be expended for further discovery, pretrial and

26            trial.

27        6.    The relief sought, including an itemization of damages.

28        7.    The party's position on settlement, including present demands and offers and a

United States District Court
Northern District of California

2

1    history of past settlement discussions.

2    It is not unusual for the conference to last three (3) or more hours.  The parties should be

3    prepared to discuss such issues as:

4        1.    Their settlement objectives.

5        2.    Any impediments to settlement they perceive.

6        3.    Whether they have enough information to discuss settlement.  If not, what

7        additional information is needed?

8        4.    The possibility of a creative resolution of the dispute.

9    The parties shall notify Chambers immediately at (415) 522-2112 if this case settles prior

10   to the date set for Settlement Conference.  Counsel shall provide a copy of this order to each party

11   who will participate in the conference.

12   **IT IS SO ORDERED.**

13   Dated: November 6, 2015

14

15   _____

16   SALLIE KIM
     United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California