**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION, | No. C 14-04293 WHA |
| Plaintiff, | |
| v. | |
| CROSSROADS SYSTEMS, INC, | **ORDER SETTING TUTORIAL** |
| Defendant. | |

The Court hereby **SETS** a tutorial for **TUESDAY, DECEMBER 8 AT 9:00 A.M.** The tutorial will last **SEVENTY FIVE MINUTES OR LESS** and will be about the accused technology and the patented invention. It will not be about the details of the parties' infringement arguments. Counsel will please keep in mind the need to provide courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to conduct the tutorial.

**IT IS SO ORDERED.**

Dated: November 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE