IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

CROSSROADS SYSTEMS, INC,

    Defendant.

No. C 14-04293 WHA

**ORDER EXTENDING DEADLINE FOR EXPERT DEPOSITIONS**

    The parties have filed a stipulation seeking to extend the deadline to complete expert discovery in this action to **DECEMBER 15, 2015** for the limited purpose of completing expert depositions through that date. Good cause shown, the deadline is extended for that limited purpose. The parties may not rely on this extension as the basis for further extensions.

    **IT IS SO ORDERED.**

Dated: November 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE