1  DURIE TANGRI LLP
   CLEMENT S. ROBERTS (SBN 209203)
2  croberts@durietangri.com
   DAVID F. MCGOWAN (SBN 154289)
3  dmcgowan@durietangri.com
   SONAL N. MEHTA (SBN 222086)
4  smehta@durietangri.com
   ROBERT S. ROGOYSKI (SBN 302472)
5  rrogoyski@durietangri.com
   ALEXANDRA H. MOSS (SBN 302641)
6  amoss@durietangri.com
   217 Leidesdorff Street
7  San Francisco, CA  94111
   Telephone:    415-362-6666
8  Facsimile:    415-236-6300

9  Attorneys for Plaintiff and Counter-Defendant
   QUANTUM CORPORATION

10

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14  QUANTUM CORPORATION,                    Case No. 3:14-cv-04293-WHA

                                            Order re:
15            Plaintiff and Counter-Defendant,   **JOINT STIPULATION TO STAY AND
                                            DISMISS**
16       v.
                                            Ctrm:   8 - 19th Floor
17  CROSSROADS SYSTEMS, INC.,               Judge:  Honorable William Alsup

18            Defendant and Counter-Plaintiff.

19

20

21

22

23

24

25

26

27

28

1    Plaintiff and Counter-Defendant Quantum Corporation and Defendant and Counter-Plaintiff

2 Crossroads Systems, Inc. ("the Parties"), stipulate and agree as follows:

3    WHEREAS the Parties reached a binding settlement during a settlement conference before

4 Magistrate Judge Sallie Kim;

5    WHEREAS the terms of the settlement were placed on the record at that settlement conference

6 (D.I. 182); and

7    WHEREAS the written form of the settlement agreement has not yet been finalized; therefore,

8    IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that

9 the above-captioned action should be STAYED until December 11, 2015, at which point all claims shall

10 be dismissed with prejudice.

11    The Parties agree that Magistrate Judge Sallie Kim shall retain jurisdiction to resolve any disputes

12 over the written form of the settlement agreement, which shall be submitted to her by December 4, 2015.

13    The Parties agree that they shall each bear their own costs, expert fees, attorneys' fees and other

14 fees incurred in connection with this matter.

15    **IT IS SO STIPULATED**, through Counsel of Record.

16 Dated:  November 24, 2015                DURIE TANGRI LLP

17                                         By: _____*/s/ Clement S. Roberts*_____
                                               CLEMENT S. ROBERTS
18
19                                         Attorneys for Plaintiff and Counter-Defendant
                                           QUANTUM CORPORATION
20
21 Dated:  November 24, 2015                BLANK ROME LLP

22                                         By: _____*/s/ Russell T. Wong*_____
                                               RUSSELL T. WONG
23
24                                         Attorneys for Defendant and Counter-Plaintiff
                                           CROSSROADS SYSTEMS, INC.
25
26
27
28

Order re: JOINT STIPULATION TO STAY AND DISMISS / CASE NO. 3:14-CV-04293-WHA

1

**FILER'S ATTESTATION**

2   Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Clement S. Roberts attest that concurrence

3   in the filing of this document has been obtained.

4   */s/ Clement S. Roberts*
     CLEMENT S. ROBERTS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re: JOINT STIPULATION TO STAY AND DISMISS / CASE NO. 3:14-CV-04293-WHA

1    **PURSUANT TO STIPULATION, IT IS ORDERED** that the forgoing Agreement is approved.

2    Dated:   November 25, 2015.

3

4    _____
     HONORABLE WILLIAM ALSUP
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re:JOINT STIPULATION TO STAY AND DISMISS / CASE NO. 3:14-CV-04293-WHA