IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br> CROSSROADS SYSTEMS, INC,<br><br>            Defendant.<br>                                                          / | No. C 14-04293 WHA<br><br>**REQUEST FOR INFORMATION** |

   An order approved the parties' stipulated request to stay this action while they finalized their settlement agreement (Dkt. No. 186).  The parties represented that all claims would be dismissed with prejudice on December 11, 2015.  No dismissal has been filed.  By **TOMORROW, DECEMBER 15 AT NOON**, the parties shall please inform the Court of their progress in finalizing their agreement and explain why they have not abided by the schedule set forth in their stipulation.


Dated:   December 14, 2015.

                                                                                        _____
                                                                                        WILLIAM ALSUP
                                                                                        UNITED STATES DISTRICT JUDGE