DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
DAVID F. MCGOWAN (SBN 154289)
dmcgowan@durietangri.com
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
ROBERT S. ROGOYSKI (SBN 302472)
rrogoyski@durietangri.com
ALEXANDRA H. MOSS (SBN 302641)
amoss@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Plaintiff and Counter-Defendant
QUANTUM CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>         Plaintiff and Counter-Defendant,<br><br>    v.<br><br>CROSSROADS SYSTEMS, INC.,<br><br>         Defendant and Counter-Plaintiff. | Case No. 3:14-cv-04293-WHA<br><br>Order re:<br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Ctrm:   8 - 19th Floor<br>Judge:  Honorable William Alsup |

1  Plaintiff and Counter-Defendant Quantum Corporation and Defendant and Counter-Plaintiff Crossroads Systems, Inc. ("the Parties"), stipulate and agree as follows:

WHEREAS the Parties have reached a binding settlement; therefore,

IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties agree that they shall each bear their own costs, expert fees, attorneys' fees and other fees incurred in connection with this matter.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  December 15, 2015         DURIE TANGRI LLP

By:  _____*/s/ Clement S. Roberts*_____
　　　　CLEMENT S. ROBERTS

Attorneys for Plaintiff and Counter-Defendant
QUANTUM CORPORATION

Dated:  December 15, 2015         BLANK ROME LLP

By:  _____*/s/ Russell T. Wong*_____
　　　　RUSSELL T. WONG

Attorneys for Defendant and Counter-Plaintiff
CROSSROADS SYSTEMS, INC.

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Clement S. Roberts attest that concurrence in the filing of this document has been obtained.

_____*/s/ Clement S. Roberts*_____
　　　　CLEMENT S. ROBERTS

**PURSUANT TO STIPULATION, IT IS ORDERED** that the forgoing Agreement is approved.

Dated:   December 15, 2015

_____
HONORABLE WILLIAM ALSUP
United States District Judge